■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO TORRES, Appellant. [53 NYS3d 557]—Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered December 8, 2014, convicting him of criminal mischief in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Brown*, 122 AD3d 133, 141 [2014]; *People v Vasquez*, 101 AD3d 1054, 1055 [2012]) and, thus, does not preclude review of his excessive sentence claim. However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contentions, raised in his pro se supplemental brief, are without merit. Chambers, J.P., Roman, Miller and Connolly, JJ., concur.